**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

Rodney Walker,                                             Civil No. 12-940 (RHK/JSM)

                  Petitioner,                           **ORDER**

vs.

Scott P. Fisher, Warden,

                  Respondent.

---

       This matter is venued in the Fifth Division.

       All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: April 18, 2011

                                                     s/Richard H. Kyle
                                                     RICHARD H. KYLE
                                                     United States District Judge