**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

Rodney Walker,                                                                 Civil No. 12-940 (RHK/JSM)

       Petitioner,                                                                          **ORDER**

v.

Scott P. Fisher, Warden,

       Respondent.
_____

This matter is before the Court upon Petitioner's Objections to the June 14, 2012, Report and Recommendation of United States Magistrate Judge Janie S. Mayeron. Judge Mayeron has recommended that Petitioner's Petition for Writ of Habeas Corpus be denied with prejudice.

The undersigned has reviewed de novo the Report and Recommendation and Petitioner's Objections thereto, and is satisfied that Judge Mayeron's factual determinations are fully supported by the record before her and her legal determinations are consistent with controlling legal authorities.

Based upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, **IT IS ORDERED**:

    1. Petitioner's Objections (Doc. No. 9) are **OVERRULED**;

    2. The Report and Recommendation (Doc.No. 8) is **ADOPTED**;

    3. Petitioner's Petition for Writ of Habeas Corpus (Doc. No. 1) is **DENIED**; and

4. This matter is **DISMISSED WITH PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: July 9, 2012

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
